

FILED LODGED RECEIVED

MAY 0 6 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

Magistrate Judge

05-CR-05310-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR05-5310 |
| v. | ) | |
| JAMES M. GREEN, | ) | ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses without prejudice the Information against JAMES M. GREEN, defendant.

DATED this 22⁰ day of April, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

GLEN E. TEMPLETON
Special Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.

DATED this 7 day of May, 2005.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL
Page 1

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711